Southern California Attorneys, APC
Mac E. Nehoray, Esq. SBN 147168
Mac@SoCalAtt.com
Kambiz Drake SBN 271134
Kambiz@SoCalAtt.com
24007 Ventura Boulevard, Suite 110
Calabasas, California 91302
(818) 222-2227

Thomas Wheeler, Esq. (SBN 308789)
213 North Glendale Ave. #1188
Glendale, CA 91206
Telephone: (213) 342-4243
tom@twheelerlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Kevlin J. Tolentino, individually, and on behalf of all others similarly situated and Aggrieved Employees, <br><br> Plaintiff, <br><br> vs. <br><br> AutoZoners, LLC, a California Limited Liability Company, and DES 1 to 20, inclusive, <br><br> Defendant. | Case No. 2:24-cv-04092-ODW <br><br> **NOTICE OF SETTLEMENT** |

1

2      NOW COMES THE PLAINTIFF by and through his attorney to

3   respectfully notify this Honorable Court that this case has settled individually.

4   Plaintiff request that this Honorable Court vacate all pending hearing dates and

5   allow sixty (60) days with which to file dispositive documentation. A Joint

6   Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction

7   over this matter until fully resolved.

8                  Respectfully submitted this 13th Day of June, 2024.

9                                          By: s/Thomas E. Wheeler

10                                             Thomas E. Wheeler, Esq.
                                              Attorney for Plaintiff
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Filed electronically on this 13th Day of June, 2024, with:

2

3  United States District Court CM/ECF system

4  Notification sent electronically via the Court's ECF system to:

5

6  Honorable Otis D. Wright II
United States District Court

7  Central District of California

8  And all Counsel of Record as recorded on the Electronic Service List.

9

10  This 13th Day of June, 2024.

11

12  s/Thomas E. Wheeler
Thomas E. Wheeler

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28